AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

DOA 9-27-19

United States of America
v.
Santiago Lozada-Maciel,
(A098 803 606)
*Defendant*

Case No. 19-8433MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 17, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Santiago Lozada-Maciel, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Otay Mesa, California, on or about May 8, 2005, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Seth Goertz

☒ Continued on the attached sheet.

*Complainant's signature*

Jose L. Collazo,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 27, 2019

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Jose L. Collazo, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 17, 2019, Santiago Lozada-Maciel was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Lozada-Maciel was examined by ICE Officer Beldad who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 27, 2019, Lozada-Maciel was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lozada-Maciel was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Santiago Lozada-Maciel to be a citizen of Mexico and a previously deported criminal alien. Lozada-Maciel was removed from the United States to Mexico at or near Otay Mesa, California, on or about May 8, 2005, pursuant to an order of removal issued by an immigration official. There is no record of Lozada-Maciel in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Lozada-Maciel's immigration history was matched to him by electronic fingerprint comparison.

4. On September 27, 2019, Santiago Lozada-Maciel was advised of his constitutional rights. Lozada-Maciel freely and willingly acknowledged his rights and declined to make a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about April 17, 2019, Santiago Lozada-Maciel, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Otay Mesa, California, on or about May 8, 2005, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Jose L. Collazo,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 27th day of September, 2019.

John Z. Boyle,
United States Magistrate Judge